UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:19-CV-00039-JHM-HBB

**JEFFREY DEANER**                                                                     **PLAINTIFF**

**VS.**

**ANDREW SAUL, COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION**[1]                          **DEFENDANT**

**ORDER**

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Plaintiff's objections are overruled and the Court adopts the findings of fact and conclusions of law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that judgment is GRANTED for the Commissioner.

This is a final and appealable Order and there is no just cause for delay.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

January 7, 2020

Copies:      Counsel

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed.R.Civ.P. 25(d).  *See also* Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).